```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

CINDY LOONEY, O/B/O
MICHAEL ALLEN LOONEY,

      Plaintiff,

v.                                                Civil Action No. 16-02052

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

      Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on November 9, 2016; and the magistrate judge having recommended that the court reverse the final decision of the Commissioner, grant plaintiff's Brief in Support of Judgment on the Pleadings to the extent it requests remand; and the magistrate judge having further recommended that the court deny the Commissioner's Brief in Support of the Defendant's Decision, reverse the final decision of the Commissioner, remand this case for further proceedings, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

2. Plaintiff's request for a remand be, and it hereby is, granted;

3. Defendant's request to affirm the decision of the Commissioner be, and it hereby is, denied;

4. The decision of the Commissioner be, and it hereby is, reversed;

5. This action be, and it hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings which shall include consultation with a medical advisor to determine the onset date of claimant's disabilities and a discussion as to whether claimant's mental or physical impairments are the reason for finding him to be disabled at the appropriate onset date, as more fully set forth in the magistrate judge's Proposed Findings and Recommendation.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: December 19, 2016

John T. Copenhaver, Jr.
United States District Judge